NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000530
31-DEC-2012
08:52 AM**

NO. CAAP-12-0000530

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

R.J. HAM, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 11-1-0045)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Foley, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the records, it appears that:

(1) on May 23, 2012, Petitioner-Appellant R.J. Ham (Appellant) filed a notice of appeal; (2) on July 23, 2012, the record on appeal was filed and the appellate clerk informed Appellant that the opening brief was due on September 4, 2012; (3) on October 29, 2012, Appellant was informed that the time to file the opening brief expired on September 4, 2012, that this court may take such action as it deemed proper, including dismissal of the appeal, and that relief from default should be made by motion;

and (4) no opening brief was filed and no motion for relief from default was filed.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed pursuant to Hawai'i Rules of Appellate Procedure Rule 30.

DATED: Honolulu, Hawai'i, December 31, 2012.

Presiding Judge

Associate Judge

Associate Judge